IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOWNINGTOWN AREA SCHOOL DISTRICT** | : | CIVIL ACTION |
| *Plaintiff/Counterclaim Defendant* | : | NO. 20-0892 |
| v. | : | |
| **D.S., by and through parents, C.S. and C.S.** | : | |
| *Defendants/Counterclaim Plaintiffs* | : | |

# ORDER

**AND NOW**, this 18th day of February 2022, upon consideration of Defendants'/Counterclaim Plaintiffs' *motion for judgment*, [ECF 17], Plaintiff's/Counterclaim Defendant's *motion for judgment*, [ECF 18], and the responses and replies thereto, [ECF 19, 20, 21, 22], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants'/Counterclaim Plaintiffs' motion for judgment is **GRANTED**, *in part*, and **DENIED**, *in part*; and,

2. Plaintiff's/Counterclaim Defendant's motion for judgment in **GRANTED**, *in part*, and **DENIED**, *in part*.

It is further **ORDERED** that this matter is **REMANDED** to the Hearing Officer for calculation of the amount of compensatory education award due to Parents for the portion of the 2018–19 school year D.S. was enrolled in the Downingtown School District, consistent with this Court's Memorandum Opinion.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*